| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:09-CR-46 |
| | § | |
| BENJAMIN MICHAEL KOLLAR | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred defense counsel's Motion to Withdraw as Attorney of Record to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration and hearing and a recommended disposition. Order Referring Motions, September 11, 2009, Docket No. 26. The magistrate judge recommends that the court deny the motion.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

**O R D E R**

The court independently concludes that the findings and conclusion of the magistrate judge are correct. Accordingly, it is **ORDERED**:

1)   The magistrate judge's report is hereby **ADOPTED**, and

2)   defense counsel's Motion to Withdraw as Attorney of Record is **DENIED**.

SIGNED at Beaumont, Texas, this 20th day of November, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] Objections to the magistrate judge's recommendation were filed by defendant but have subsequently been withdrawn.